Edwin Aiwazian (Cal. State Bar No. 232943)
*edwin@calljustice.com*
Tara Zabehi (Cal. State Bar No. 314706)
*tara@calljustice.com*
Travis J. Maher (Cal. State Bar No. 327206)
*travis@calljustice.com*
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Telephone:   (818) 265-1020

*Attorneys for* Plaintiff Steven Cooper

RYAN C. BYKERK (SBN 274534)
bykerkr@gtlaw.com
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, CA  90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800

Attorneys for Defendant
KINKISHARYO INTERNATIONAL, LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN COOPER, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act,<br><br>Plaintiff,<br><br>vs.<br><br>KINKISHARYO INTERNATIONAL LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-00133-JAK-KS<br><br>Honorable John A. Kronstadt<br>Courtroom 10B<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed:   November 23, 2021<br>Trial Date:        None Set |

1
JOINT NOTICE OF SETTLEMENT

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Steven Cooper ("Plaintiff") and Defendant Kinkisharyo International LLC ("Defendant"), by and through their undersigned counsel of record, in the above-captioned action, have reached a settlement, which, if approved by the Court, will resolve the above-captioned action in its entirety.

Respectfully submitted,

Dated: May 1, 2023    **LAWYERS *for* JUSTICE, PC**
By: /s/ Travis J. Maher
Travis J. Maher*
*Attorneys for* Plaintiff Steven Cooper

Dated: May 1, 2023    **GREENBERG TRAURIG, LLP**
By: /s/ Ryan Bykerk
Ryan Bykerk
Attorneys for Defendant
Kinkisharyo International LLC

*Pursuant to Local Rule 5-4.3.4(a)(2), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.