1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11    STEVEN COOPER, individually, and on          No. 2:22-cv-00133-JAK (KSx)
      behalf of other aggrieved employees
12    pursuant to the California Private           **ORDER RE STIPULATION OF**
      Attorneys General Act,                       **DISMISSAL PURSUANT TO F.R.C.P.**
13                                                  **41(A) (DKT. 40)**

14                 Plaintiff,                       **JS-6: CASE TERMINATED**

15    v.

16    KINKISHARYO INTERNATIONAL,
      LLC, a Delaware limited liability
17    Company; and DOES 1-100 inclusive,

18                 Defendants.

19

20

21

22

23

24

25

26

27

28                                       1

1          Based on a review of the Stipulation of Dismissal Pursuant to F.R.C.P. 41(a) (the

2    "Stipulation" (Dkt. 40)), sufficient good cause has been shown for the requested relief.

3    Therefore, the Stipulation is **APPROVED**, as follows:

4          Plaintiff's Individual Claims are dismissed with prejudice, and the Representative

5    Non-Individual PAGA Claim and the Class Allegations are dismissed without prejudice.

6    All other existing dates and deadlines in this matter, including the Status Conference

7    scheduled for November 13, 2023, are hereby vacated.

8

9    **IT IS SO ORDERED.**

10

11   Dated:  November 7, 2023    _____

12                                     John A. Kronstadt

13                                     United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                     2